**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| In Re:<br>Kathleen Marie Rennie f/k/a Kathleen Marie Bonacheck | Case Number 19-11098-FJB<br>Chapter 7 |
|---|---|

**ASSENTED TO MOTION TO CONTINUE HEARING RE: MOTION
FOR RELIEF FROM THE AUTOMATIC STAY [DOC. NO. 12]**

Now comes U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2007-1, Asset-Backed Certificates, Series 2007-1 ("Secured Creditor") and respectfully requests that the hearing currently scheduled for Thursday, May 30, 2019 at 9:30AM be continued for a period of approximately thirty (30) days, or to some other date and time that this Court deems just and proper.

As grounds for said Motion, Secured Creditor states that the parties (namely, Secured Creditor and the Chapter 7 Trustee) are in the process of attempting to resolve this matter, but require additional time to continue with their discussions as to same. The Chapter 7 Trustee has specifically requested additional time to explore the prospects of a third-party sale of the subject property.

WHEREFORE, Secured Creditor respectfully requests that the hearing on this matter be continued for a period of approximately thirty (30) days.  Chapter 7 Trustee, Attorney David B. Madoff, has assented to the filing of this Motion.

Dated:  May 28, 2019

                                          Respectfully submitted,
                                        U.S. Bank National Association, as Trustee
                                        for GSAA Home Equity Trust 2007-1, Asset-
                                        Backed Certificates, Series 2007-1
                                        By its attorney,

                                        /s/ Marcus Pratt
                                        Marcus Pratt, Esquire
                                        BBO #684610
                                        Korde & Associates, P.C.
                                        900 Chelmsford Street, Suite 3102
                                        Lowell, MA 01851
                                        Tel: (978) 256-1500
                                        bankruptcy@kordeassociates.com

16-027758 / BK01

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| In Re:<br>Kathleen Marie Rennie f/k/a Kathleen Marie Bonacheck | Case Number 19-11098-FJB<br>Chapter 7 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Marcus Pratt, Attorney for **U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2007-1, Asset-Backed Certificates, Series 2007-1 and/or its successors and assigns** hereby certify that on May 28, 2019 I electronically filed the foregoing *Assented to Motion to Continue* with the United States Bankruptcy Court for the District of MA using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, Assistant U.S. Trustee
David B. Madoff, Trustee
Dax B. Grantham, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Kathleen Marie Rennie
93 Springs Road
Bedford, MA 01730

Kathleen Marie Rennie
34 Lynch Lane
Harwich, MA 02645

Tax Collector:
Town of Bedford, MA
Municipal Building, 10 Mudge Way
Bedford, MA 01730

/s/ Marcus Pratt
Marcus Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

16-027758 / BK01