United States Bankruptcy Court
District of Massachusetts

In re:                                                              Case No. 19-11098-fjb
Kathleen Marie Rennie                                              Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1           User: corozco          Page 1 of 1          Date Rcvd: May 31, 2019
                               Form ID: pdf012        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db              #+Kathleen Marie Rennie,    34 Lynch Lane,    Harwich, MA 02645-1651

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
          David B. Madoff   on behalf of Trustee David B. Madoff madoff@mandkllp.com,  alston@mandkllp.com
          David B. Madoff   alston@mandkllp.com,  MA28@ecfcbis.com
          Dax B. Grantham   on behalf of Debtor Kathleen Marie Rennie notices@grantham.law,
           granthamdr78384@notify.bestcase.com
          John Fitzgerald   USTPRegion01.BO.ECF@USDOJ.GOV
          Marcus Pratt   on behalf of Creditor   U.S. Bank National Association, as Trustee for GSAA Home
           Equity Trust 2007-1, Asset-Backed Certificates, Series 2007-1 bankruptcy@KORDEASSOC.COM
          Zoh Nizami   on behalf of Creditor   U.S. Bank National Association, as Trustee for GSAA Home
           Equity Trust 2007-1, Asset-Backed Certificates, Series 2007-1 bankruptcy@kordeassociates.com
                                                                                TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order**

**In Re:** Kathleen Marie Rennie           **Case/AP Number** 19-11098 **-FJB**
                                           **Chapter** 7

#17 Application filed by Trustee David B. Madoff to Employ Madoff & Khoury LLP as Counsel

**COURT ACTION:**

_____Hearing held
_____Granted         _____Approved         _____Moot
_____Denied          _____Denied without prejudice    _____Withdrawn in open court
_____Overruled       _____Sustained
_____Continued to _____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  Granted.

IT IS SO ORDERED:

_____  Dated: 05/31/2019
Frank J. Bailey
United States Bankruptcy Judge